**BLUMENTHAL, NORDREHAUG & BHOWMIK**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| MIKE TAHBAZ; individually; and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RADIOSHACK CORPORATION; and Does 1 through 50,<br><br>Defendant. | CASE No. SACV11-355 CJC (RNBx)<br>(Class Action)<br><br>AMENDED NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT<br><br>Hearing Date: September 12, 2011<br>Hearing Time: 1:30 p.m.<br>Courtroom: 4<br><br>Judge: Hon. Cormac J. Carney<br>Court No.: 9B<br><br>Action Filed: August 12, 2010 |

1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Plaintiff's motion for leave to file a second amended complaint will be heard on September 12, 2011 at 1:30 p.m.

    This amended notice is being filed and served to indicate that the hearing date is being rescheduled to September 12, 2011 because the previously noticed date of September 5, 2011 fell on a holiday.

BLUMENTHAL, NORDREHAUG & BHOWMIK

Dated: August 11, 2011        By: /s/ *Aparajit Bhowmik*
                                  Aparajit Bhowmik, Esq.
                                  Attorneys for Plaintiff
                                  Email: AJ@bamlawlj.com

K:\D\NBB\Drumheller v. Radio Shack\Amend\p-notice-AMD.wpd