# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

| | |
|---|---|
| MARK DRUMHELLER and MIKE TAHBAZ, individually, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>Vs.<br><br>RADIOSHACK CORPORATION and Does 1 through 50,<br><br>Defendants. | CASE NO.: SACV11-355 CJC (RNBx)<br><br><br><br>**ORDER RE: DISMISSAL PURSUANT TO FRCP RULE 41**<br><br><br>Hon. Cormac J. Carney<br>Courtroom 9B |

After consideration of the parties' argument, the Court hereby ORDERS as follows:

1. This action be dismissed pursuant to Federal Rules of Civil Procedure Rule 41(a)(A)(ii) as follows:

    a. All individual claims brought by Plaintiffs on their own behalf against Defendant are dismissed *with* prejudice, inclusive of any and all claims by Plaintiffs pursuant to the Private Attorney General Act ("PAGA"), Cal. Labor Code section 2698 et seq., each side to bear their own costs and attorneys' fees;

|   |   |
|---|---|
| 1 |       b. All claims brought herein on behalf of others, including claims brought against Defendant on behalf of a putative class and in a representative capacity pursuant to PAGA, are dismissed without prejudice, each side to bear their own costs and attorneys' fees. |

IT IS SO ORDERED.

DATED: 2/14/12  _____

                                  Hon. Cormac J. Carney

SD:22254402.1